[No. 58101-5-I.   Division One.   July 30, 2007.]

CHANG K. HO ET AL., *Appellants*, v. YOUNG S. OH ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-04998-9, Jim Rogers, J., entered April 13,
2006. *Affirmed* by unpublished opinion per Agid, J., con-
curred in by Coleman and Ellington, JJ.

[No. 58125-2-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. IRELAND,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 05-1-00855-4, Michael E. Rickert, J., entered
April 14, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58165-1-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. T.D.P., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-8-00007-4, Carol A. Schapira, J., entered
April 17, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58292-5-I.   Division One.   July 30, 2007.]

STANLEY ADOLFSON, *Appellant*, v. STATE FARM INSURANCE
COMPANIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-19130-1, Christopher A. Washington, J.,
entered May 11, 2006. *Affirmed* by unpublished per curiam
opinion.